**BROWER LAW GROUP, APC**
Steven Brower (SBN 93568) (Pro Hac Vice)
*Steve@BrowerLawGroup.com*
100 Pacifica, Suite 160
Irvine, California 92618
Telephone: (949) 668-0825

*Attorneys for Plaintiff,*
*Greenberg Gross LLP*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Greenberg Gross LLP,<br>Plaintiff,<br>v.<br>GreenbergGrossLLP.com,<br>Defendant. | Case No. 2:25-cv-01176-MTL<br>Hon. Michael T. Liburdi<br>**PROOF OF SERVICE** |

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 100 Pacifica, Suite 160, Irvine, CA 92618.

On October 19, 2026, I served true copies of the following document(s) described on the interested parties in this action as follows:

- **PLAINTIFF'S REPLY IN SUPPORT OF ORDER TO SHOW CAUSE**
- **SUPPLEMENTAL DECLARATION OF THANH-THUY T. LUONG IN SUPPORT OF PLAINTIFF'S REPLY TO ORDER TO SHOW CAUSE**
- **EXHIBITS 17-19**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address Thuy@BrowerLawGroup.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 19, 2026 at Irvine, California.

Thanh-Thuy T. Luong

**SERVICE LIST**

| | |
|---|---|
| FENNEMORE CRAIG, P.C.<br>Mario C. Vasta (No. 033254)<br>Claire A. MacCollum (No. 039940)<br>2394 E. Camelback Rd., Suite 600<br>Phoenix, Arizona 85016-9077<br>Telephone: (602) 916-5000<br>Email: mvasta@fennemorelaw.com<br>Email: cmaccollum@fennemorelaw.com<br><br>*Attorneys for Non-Party Namecheap, Inc.* | *By email* |